## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **AARON THORPE,  and** | : | **VIOLATIONS:** |
| **MELVIN KNIGHT,** | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| **Defendants.** | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **22 D.C. Code § 1805(a)** |
| | : | **(Conspiracy)** |
| | : | **22 D.C. Code § 402 (2001 ed.)** |
| | : | **(Assault with a Dangerous Weapon)** |
| | : | **22 D.C. Code § 2001, § 4502 (2001 ed.)** |
| | : | **(Kidnapping While Armed)** |
| | : | **22 D.C. Code § 801(a), § 4502 (2001 ed.)** |
| | : | **(First Degree Burglary While Armed)** |
| | : | **22 D.C. Code § 4504(b)(2001 ed.)** |
| | : | **(Possession of a Firearm During a Crime of** |
| | : | **Violence or a Dangerous Offense)** |
| | : | **22 D.C. Code § 722(a)(3)(B) (2001 ed.)** |
| | : | **(Obstructing Justice (Reporting))** |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 27, 2013, and January 28, 2013, within the District of Columbia, defendant **AARON THORPE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 09-CR-006, did unlawfully and knowingly receive and possess a firearm, that is a Feg/PA63 9mm handgun and did unlawfully and knowingly receive and possess ammunition, that

is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>    (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about January 27, 2013 and January 28, 2013, within the District of Columbia, defendant **MELVIN KNIGHT**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 01-CR-016, did unlawfully and knowingly receive and possess a firearm, that is a Glock .40 caliber handgun and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>    (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

### The Conspiracy

On or about January 27, 2013 and January 28, 2013, within the District of Columbia and elsewhere, defendants **AARON THORPE** and **MELVIN KNIGHT** did knowingly and willfully combine, conspire, confederate and agree together to kidnap Edmund Peters and to burglarize his home in the District of Columbia, while armed with a firearm, or imitation thereof; and to possess a firearm, or imitation thereof, while committing a crime of violence.

### Objects of the Conspiracy

2

The principal goals and purposes of this conspiracy were for the members of the conspiracy including, but not limited to, defendants **AARON THORPE** and **MELVIN KNIGHT**, alone and in various combinations, to kidnap Edmund Peters and Luttitia Fortune and to burglarize Edmund Peters' home in order to steal the cash proceeds of Peters' illegal narcotics trafficking and his illegal narcotics, in the District of Columbia, while armed with a firearm or imitation thereof; and to possess a firearm, or imitation thereof, to effectuate these crimes of violence.

### Overt Acts

In furtherance of the conspiracy, and in order to effect the objects thereof, on or about January 27, 2013 and January 28, 2013, defendants **AARON THORPE** and **MELVIN KNIGHT**, alone and in various combinations, in the District of Columbia and elsewhere, directly and indirectly, committed overt acts including, but not limited to, the following:

1.      Defendants **AARON THORPE** and **MELVIN KNIGHT**, alone and in various combinations, possessed a firearm, or imitations thereof.

2.      Defendants **AARON THORPE** and **MELVIN KNIGHT** wore masks during the kidnapping to conceal their faces from their victims and wore clothing made to resemble police attire in order to elude detection while lying in wait outside the home.

3.      While armed with a firearm, or imitation thereof, defendants **AARON THORPE** and **MELVIN KNIGHT**, targeted Edmund Peters to kidnap and rob Edmund Peters of U.S. currency and illegal narcotics.

4.      Defendants **AARON THORPE** and **MELVIN KNIGHT** displayed, brandished, and/or discharged  a firearm, or imitations thereof, during the kidnapping of Edmund Peters and Luttitia Fortune and during the burglary of Peters' home.

3

5.      Defendants **AARON THORPE** and **MELVIN KNIGHT** bound the hands and legs of Edmund Peters and Luttitia Fortune to prevent their escape during the burglary.

6.      Defendants **AARON THORPE** and **MELVIN KNIGHT** assaulted Edmund Peters in order to keep him from trying to escape.

7.      After police arrived outside the home, defendants **AARON THORPE** and **MELVIN KNIGHT** attempted to hide, destroy, and/or otherwise conceal evidence of their crimes, as well as Peters' money and illegal narcotics.

8.      Defendants **AARON THORPE** and **MELVIN KNIGHT** threatened Peters and Fortune to induce them to tell a false story to the police about what had happened inside the home.

(**Conspiracy**, in violation of Title 22, District of Columbia Code, Section 1805a (2001 ed.))

## COUNT FOUR

On or about January 27, 2013, and January 28, 2013, within the District of Columbia, defendants **AARON THORPE** and **MELVIN KNIGHT** assaulted Edmund Peters and Luttitia Fortune with a dangerous weapon, that is, a firearm, or imitation thereof.

(**Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402 (2001 ed.))

4

## COUNT FIVE

On or about January 27, 2013 and January 28, 2013, within the District of Columbia defendants **AARON THORPE** and **MELVIN KNIGHT**, while armed with a firearm, or imitation thereof, seized, confined, kidnapped, abducted, restrained, and carried away Edmund Peters, with intent to hold and detain Edmund Peters, while burglarizing his home for his money and illegal narcotics.

(**Kidnapping While Armed**, in violation of Title 22, District of Columbia Code, Sections 2001, 4502 (2001 ed.))

## COUNT SIX

On or about January 27, 2013, and January 28, 2013, within the District of Columbia defendants **AARON THORPE** and **MELVIN KNIGHT**, while armed with a firearm, or imitation thereof, seized, confined, kidnapped, abducted, restrained, and carried away Luttitia Fortune, with intent to hold and detain Luttitia Fortune, while they burglarized the home of Edmund Peters.

(**Kidnapping While Armed**, in violation of Title 22, District of Columbia Code, Sections 2001, 4502 (2001 ed.))

## COUNT SEVEN

On or about January 27, 2013, and January 28, 2013, within the District of Columbia defendants **AARON THORPE** and **MELVIN KNIGHT**, while armed with a firearm, or imitation thereof, entered the home of Edmund Peters, while Edmund Peters was inside that home, with intent to steal.

(**First Degree Burglary While Armed**, in violation of Title 22, District of Columbia Code, Sections 801(a), 4502 (2001 ed.))

5

## COUNT EIGHT

On or about January 27, 2013, and January 28, 2013, within the District of Columbia defendants **AARON THORPE** and **MELVIN KNIGHT** did possess a firearm, or imitation thereof, while committing the crime of Kidnapping While Armed, as set forth in counts five and six of this indictment.

> (**Possession of a Firearm During Crime of Violence or a Dangerous Offense**, in violation of Title 22, District of Columbia Code, Sections 4504(b) (2001 ed.))

### COUNT NINE

On or about January 27, 2013, and January 28, 2013, within the District of Columbia defendants **AARON THORPE** and **MELVIN KNIGHT** did possess a firearm, or imitation thereof, while committing the crime of First Degree Burglary While Armed, as set forth in count seven of this indictment.

> (**Possession of a Firearm During Crime of Violence or a Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

### COUNT TEN

On or about January 27, 2013, and January 28, 2013, within the District of Columbia, defendants **AARON THORPE** and **MELVIN KNIGHT** willfully and knowingly threatened, corruptly persuaded and harassed Edmund Peters and Luttitia Fortune, with the intent to hinder, delay, prevent and dissuade Edmund Peters and Luttitia Fortune from reporting to a law enforcement

officer the commission of, and any information concerning the Kidnapping While Armed and First

Degree Burglary charged in counts five, six and seven of this indictment.

(**Obstructing Justice (Reporting)**, in violation of Title 22, District of Columbia Code, Section 722(a)(3)(B) (2001 ed.))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia