# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 13-131 (RJL) |
| | ) | |
| AARON THORPE, and | ) | |
| MELVIN KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FILED

MAR 1 2 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER CLARIFYING SENTENCES
(March 12, 2014)

I sentenced these defendants on March 10, 2014. Having considered the applicable guideline ranges, the defendants' criminal history levels, and the sentencing factors set forth in 18 U.S.C. § 3553(a), I ordered that Aaron Thorpe serve a prison term of 300 months and Melvin Knight serve a term of 268 months. Because the transcript may reflect an incorrect breakdown of concurrent and consecutive sentences by count, I write to clarify the sentences.

As to Aaron Thorpe, the prison sentences by count are as follows:

| | |
|---|---|
| Count One: | 110 months, consecutive to all other counts |
| Count Three: | 10 months, consecutive to all other counts |
| Count Four: | 60 months, concurrent as to all other counts |
| Counts Five and Six: | 120 months each, concurrent as to each other and consecutive as to all other counts |
| Count Seven: | 60 months, concurrent to all other counts |
| Counts Eight and Nine: | 60 months each, concurrent as to each other and consecutive as to all other counts |
| Count Ten: | 36 months, concurrent as to all other counts |

As to Melvin Knight, the prison sentences by count are as follows:

| | |
|---|---|
| Count Two: | 72 months, consecutive to all other counts |
| Count Three: | 16 months, consecutive to all other counts |
| Count Four: | 66 months, concurrent as to all other counts |
| Counts Five and Six: | 120 months each, concurrent as to each other and consecutive as to all other counts |
| Count Seven: | 60 months, concurrent to all other counts |
| Counts Eight and Nine: | 60 months each, concurrent as to each other and consecutive as to all other counts |
| Count Ten: | 48 months, concurrent as to all other counts |

I arrive at the defendants' respective sentences by adding the sentences for Counts One or Two, Three, Five/Six, and Eight/Nine.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge