UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | . | Case No. 1:13-CR-00131 |
| | . | (RJL) |
| Plaintiff, | . | |
| | . | Washington, D.C. |
| v. | . | May 9, 2013 |
| | . | |
| AARON THORPE and | . | **FILED** |
| | . | |
| MELVIN KNIGHT, | . | JUN 6 - 2014 |
| | . | |
| Defendants. | . | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

. . . . . . . . . . . . . .

RETURN ON ARREST WARRANT, INITIAL APPEARANCE
AND ARRAIGNMENT
BEFORE THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:      Office of the U.S. Attorney
                        By:  EMORY COLE, AUSA
                             BRITTAIN SHAW, AUSA
                        555 Fourth Street, N.W.
                        Washington, DC 20035

For Defendant Thorpe:   Law Offices
                        By:  JOSEPH CONTE, ESQ.
                        400 Seventh Street, NW
                        Suite 400
                        Washington, DC 20004

For Defendant Knight:   Federal Public Defender
                        By:  SHAWN MOORE, ESQ.
                        625 Indiana Avenue, N.W.
                        Suite 550
                        Washington, DC 20005

---

(Proceedings commenced at 3:03 p.m.)

THE CLERK: Criminal Case Number 2013-131, The United States of America v. Aaron Thorpe, Defendant Number 1, and Melvin Knight, Defendant Number 2.

Emory Cole and Brittain Shaw representing the Government.

Joseph Conte is representing Defendant Thorpe.

Shawn Moore is representing Defendant Knight.

Both Defendants are present in the courtroom, and they are here for a return on an arrest warrant, an initial appearance, and an arraignment.

Would Mr. Thorpe and Mr. Knight please stand, and would you each raise your right hand.

(The Defendants are Sworn.)

THE CLERK: Thank you. Please remain standing.

(Pause.)

THE COURT: Mr. Thorpe, would you state your full name for the record, sir?

DEFENDANT THORPE: Aaron G. Thorpe.

THE COURT: And, Mr. Knight, would you state your name for the record?

DEFENDANT KNIGHT: Melvin Knight.

THE COURT: Mr. Thorpe and Mr. Knight, the

reason you're here this afternoon is the result of a Indictment handed down by the Grand Jury on May the 7th of this year, it's called a "Grand Jury Original," in which you are both charged in one or more of the ten counts in this Indictment.

And the charges involve unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding 1 year, in addition to conspiracy, assault with a dangerous weapon, kidnaping while armed, first degree burglary while armed, possession of a firearm during a crime of violence or dangerous offense, and obstructing justice.

Now, the case is assigned to United States Judge Leon, and Judge Leon will be the Trial Court in this matter.

You're here before this Court this afternoon for a proceeding which is called an "Arraignment," whereby you will enter a plea to those counts, those ten counts in the Indictment, in which one or both of you are named.

Now, each of you have a right to be represented by counsel. You can hire your own attorney. If you cannot afford to hire an attorney, the Court will appoint counsel to assist you in the

case.

Mr. Thorpe, you have any money to hire an attorney?

DEFENDANT THORPE: (Inaudible), Your Honor.

THE COURT: No money in the bank, or cash?

DEFENDANT THORPE: (No audible response.)

THE COURT: Have any assets at all?

DEFENDANT THORPE: No, Your Honor.

THE COURT: All right. The Court is going to find that you are eligible for the appointment of counsel and the Court will appoint Mr. Conte, who's sitting across from you, to represent you in this case.

Similarly, Mr. Knight, do you have any money to hire an attorney?

DEFENDANT KNIGHT: No, Your Honor.

THE COURT: Okay.

No assets at all?

DEFENDANT KNIGHT: No, Your Honor.

THE COURT: All right. The Court is going to find you're eligible for the appointment of counsel and will appoint Mr. Moore, who is, again, standing -- sitting across from you at the table.

Mr. Conte, Mr. Moore, do each of you have copies of the Indictment?

MR. CONTE: Yes, Your Honor.

MR. MOORE: Yes, Your Honor.

THE COURT: Ms. Kay, if you will take Mr. Knight and Mr. Thorpe's plea at this time.

THE CLERK: Yes, Your Honor.

Aaron Thorpe and Melvin Knight, in Criminal Case Number 2013-131, in which you are each charged in one or more counts of a ten-count Indictment, do you wish to waive the formal reading of the Indictment at this time, and enter a plea?

MR. CONTE: Your Honor, on behalf of Mr. Thorpe, we'll waive formal reading of the Indictment, enter a plea of not guilty, request a speedy jury trial and assert his Fourth, Fifth and Sixth Amendment rights.

THE COURT: Thank you, Mr. Conte.

MR. MOORE: Your Honor, on behalf of Mr. Knight we'll waive further and formal reading, enter pleas of not guilty to all of his counts -- all the counts in the Indictment, assert his speedy trial rights, his Fifth and Sixth Amendment rights, and specifically assert his rights pursuant to Montejo v. Louisiana, that he not be questioned about this or any other matter in the absence of counsel.

THE COURT: All right. Thank you, Mr. Moore.

Now, Counsel, I don't have any status date

for Judge Leon.

(The Court and the Deputy Clerk confer.)

MR. CONTE: We'll contact --

THE COURT: Pardon?

MR. COLE: We'll contact, Your Honor, make --

THE COURT: Well, good. They have to know too.

All right, so Mr. Cole will advise you if you don't -- or otherwise --

MR. COLE: We'll do it together, Your Honor.

THE COURT: I see. Good. All right. He'll do that.

Mr. Cole, the Government requesting a detention hearing for either of the Defendants?

MR. COLE: Your Honor, we are.

Ms. Shaw and I, we're requesting that Defendant Thorpe be held, and we have requested detention hearing, I think all the parties agree, but we're asking that Defendant Thorpe be detained because he's a Defendant on probation or parole at the time of this incident, with the appropriate U.S. Code violation.

Defendant also had been charged with a crime of violence.

Mr. Thorpe has also been charged with having

a felony after being previously convicted of two or more felony offenses, and the Defendant, Mr. Thorpe, has been charged with a offense that involved possession or use of a firearm.

As relates to Mr. Knight, we request a detention hearing, and that he be detained because he is a Defendant on probation or parole at the time of this event.

Mr. Knight has been convicted and charged with an offense -- I'm sorry, charged with an offense involving the possession or use of a firearm, and that the Defendant also has been charged with a crime of violence.

I would note that each one of them, Mr. Thorpe and Mr. Knight, were under supervised release by Judge Walton and Judge Lamberth respectfully, at the time of this -- the event. So we're asking for detention under all those circumstances.

THE COURT: All right. Since the count -- the Government has the right to request a detention hearing, can you agree mutually, as to a time?

MR. COLE: And we had agreed on a date on next Tuesday in the afternoon, 1:30.

THE COURT: Fourteenth?

MR. COLE: Yes, sir.

MR. MOORE:  1:45.

MR. COLE:  1:45, Your Honor, on the fourteenth.

THE COURT:  Very well.  Thank you, Counsel. Nothing further at this point.

And both Mr. Thorpe and Mr. Knight will be held without bond until May the 14th.

(Proceedings concluded at 3:11 p.m.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


/s/_____          May 24, 2014

STEPHEN C. BOWLES