# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 13-131 (RJL) |
| | ) | |
| AARON THORPE, and | ) | |
| MELVIN KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

**FILED**

MAR 1 1 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER
(March 7, 2019) [Dkt. ## 127, 128]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' claims of ineffective assistance of Superior Court trial

counsel [Dkt. ## 127, 128] are **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge