**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Crim No.  13 - 131 - 01 (RJL)** |
| ) | |
| **AARON THORPE** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Aaron Thorpe, by and through his attorney, Howard Katzoff, appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement entered in this case on March 11, 2019.  Specifically, Defendant appeals the District Court's Order denying his claim of ineffective assistance of Superior Court trial counsel.

Date: March 15, 2019

/s/ _____
Howard  B. Katzoff
D.C. Bar No. 348-292
717 D Street,  NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Aaron Thorpe

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was filed via the Electronic Court Filing System (ECF) this ___15th___ day of ___March___ , 2019, causing a copy to be served upon all counsel of record.

/s/ _____
Howard B. Katzoff