**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,                )
                                         )
          v.                             )          **Criminal Case No. 13-131 (RJL)**
                                         )
MELVIN KNIGHT,                           )
                                         )
          Defendant.                     )

**ORDER**
(March 4, 2021) [Dkt. # 157]

Upon consideration of defendant Knight's [Dkt. # 157] Unopposed Motion for Immediate Release on Personal Recognizance, it is hereby

**ORDERED** that Melvin Knight shall be released on personal recognizance from FCI Loretto no later than 5:00 PM on Friday, March 5, 2021; and it is further

**ORDERED** that Melvin Knight shall reside with Jewel Nelson; and it is further

**ORDERED** that within 48 hours of his release, the defendant shall contact his counsel who will immediately put him in touch with Pretrial Services; and it is further

**ORDERED** that a Plea Hearing is set for Thursday, March 11, 2021 at 2:30 PM in Courtroom 18 before Judge Richard J. Leon.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge