## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

    v.    :  Case No. 13cr131(RJL)

MELVIN KNIGHT    :

### STATEMENT OF FACTS

I, Melvin Knight, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

Shortly after midnight on January 28, 2013, I donned a mask and police-like attire and lay in wait for Edmond Peters to return to his residence, located on the 6000 block of Kansas Avenue, NE, Washington, D.C. It was my intent to steal narcotics and cash from Peters. When Peters approached his apartment, I brandished a firearm, intending to put Peters in fear of immediate injury. While I was attempting to handcuff Peters, my handgun discharged. At the time the firearm was brandished, I had the ability to injure Peters. My actions in brandishing the firearm were voluntary, on purpose, and I did not act by mistake or accident.

I have read my Statement of Facts and carefully reviewed every part of it with my attorney. I fully understand my Statement of Facts and voluntarily agree to them. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this document. No

agreements, promises, understandings, or representations have been made with, to,

or for me to provide my statement of facts.

3-18-21
Date

MELVIN KNIGHT
Defendant