**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **Criminal Case No. 13-131-1 (RJL)** |
| | ) |
| **AARON THORPE,** | ) |
| | ) |
| **Respondent.** | ) |



**ORDER**

February **21**, 2023 [Dkt. ## 181, 184]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it

is hereby

**ORDERED** that defendant Aaron Thorpe's Motion to Vacate, Set Aside, or Correct

Sentence Pursuant to 28 U.S.C. § 2255 [Dkt. # 181] is **DENIED**; it is further

**ORDERED** that plaintiff the United States of America's Motion to Dismiss Certain

Counts in the Indictment Pursuant to Fed. R. Crim. P. 48(a) [Dkt. # 184] is **DENIED.**

**SO ORDERED.**

RICHARD J. LEON
United States District Judge