**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.: 13 - 131 - 01  (RJL)** |
| | **:** | |
| **AARON THORPE** | **:** | |
| | **:** | |

**NOTICE OF APPEAL**

Name and Address of appellant:    Aaron Thorpe [Reg # 26797-016]
                                                            FCI McKean
                                                            P.O. Box 8000
                                                            Bradford, PA 16701


Name and Address of appellant's attorney:    Howard B. Katzoff
                                                                           717 D Street, N.W., Suite 310
                                                                           Washington, D.C.  20004


Concise Statement of judgment or order:   On February 21, 2023, the Court entered an Order [Dkt. 200] denying the Government's Consent Motion To Dismiss Certain Counts Pursuant to Fed. R. Crim. P. 48(a) [Dkt 184].  In the same Order, the Court also denied a separate motion filed by the Defendant.  The instant Notice of Appeal is limited to the Court's denial of the Rule 48(a) motion to dismiss certain counts.

Name of Institution where now confined, if not on bail:     FCI McKean in Bradford, PA

I, the above-named appellant, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the above stated Order.


March 6, 2023                                      Howard  B.  Katzoff
DATE                                                  ATTORNEY FOR APPELLANT,


| | |
|---|---|
| CJA, NO FEE | Yes |
| PAID USDC FEE | N/A |
| PAID USCA FEE | N/A |
| Does counsel wish to appear on appeal? | Yes |
| Has counsel ordered transcripts? | No |