**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      **:**

                                  **:**

     **v.**                          **: Criminal No.: 13 - 131 - 01  (RJL)**

                                  **:**

**AARON THORPE**                **:**

                                  **:**

## NOTICE OF APPEAL

Name and Address of appellant:         Aaron Thorpe [Reg # 26797-016]
                                                 FCI McKean
                                                 P.O. Box 8000
                                                 Bradford, PA 16701

Name and Address of appellant's attorney:     Howard B. Katzoff
                                                 717 D Street, N.W., Suite 310
                                                 Washington, D.C.  20004

Concise Statement of judgment or order:   On February 21, 2023 the Court entered an Order [Dkt. 200] Denying Defendant's Motion To Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255 [Dkt 181]. In the same Order, the Court also denied a separate motion to dismiss counts filed by the Government.  The instant Notice of Appeal is limited to the denial of Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

Name of Institution where now confined, if not on bail:      FCI McKean in Bradford, PA

I, the above-named appellant, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the above stated Order.


April 18,  2023                    Howard  B.  Katzoff
DATE                             ATTORNEY FOR APPELLANT,


| | |
|---|---|
| CJA, NO FEE | Yes |
| PAID USDC FEE | N/A |
| PAID USCA FEE | N/A |
| Does counsel wish to appear on appeal? | Yes |
| Has counsel ordered transcripts? | Yes |