# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 23-3027**                     **September Term, 2024**
FILED ON: AUGUST 26, 2025

UNITED STATES OF AMERICA,
                    APPELLEE

v.

AARON J. THORPE,
                    APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cr-00131-1)

———

Before: RAO and WALKER, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

### J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's denial of the government's motion to dismiss certain criminal convictions be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:    /s/

                              Daniel J. Reidy
                              Deputy Clerk

Date: August 26, 2025

Opinion for the court filed by Circuit Judge Rao.